## Commonwealth v. Sheola, Appellant.

Submitted March 22, 1972. *Thomas W. Houser*, Public Defender, for appellant; *John E. Gallagher*, First Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Simmons, Appellant.

Argued March 21, 1972. *Michael F. O'Brien*, Public Defender, for appellant; *Stephen B. Harris*, First Assistant District Attorney, with him *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Snyder, Appellant.

Submitted March 20, 1972. *Robert P. Grim*, Assistant Public Defender, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.